**EXHIBIT "A"**

AFFIDAVIT OF FACT

I am a volunteer that helps candidates with their campaigns by sending out text messages to voters.

I use an online program called Project Broadcast. This system allows me to upload a list of names and phone numbers from a spreadsheet in csv format. I am able to add differential information for these contacts to be able to identify them, group them, or tag them for varying reasons such as for a particular campaign. Project Broadcast has no random or sequential phone number generator – the only phone numbers in the system are the ones I choose to upload based on a campaign. The only phone numbers that receive a text are those that have been identified as voters able to vote in whichever campaign I am working.

The contact names and phone numbers come from various sources of identified registered voters and actual voters including County Clerks, election administrators, political parties, campaign strategists. The person bringing this lawsuit, Mr. Shields, was included in a list of voters obtained from the Harris County Republican Party who lived in particular precincts that we were targeting.

For political campaigns, I tag the voters with the name or acronym of a particular campaign. I can then send out text messages to those particular voters.

I create each text message that usually includes a graphic. The text message often includes information on the election dates, times, and locations. I send a text to myself to see how it looks on my phone or to the candidate or their campaign and then make any adjustments in content, spacing, graphic, etc.

At the end of every text, I include "Pol. Ad Pd. by XXX" with XXX being the person or the campaign. Last line is "Stop to End." This identifies the text as a political message and the last line notifies the recipient that they simply need to reply Stop and they will be automatically flagged as "Do not Call".

I schedule the text messages with the time and the date in the system, and it will provide the cost and the length of time it will take for the text messages to send. I maintain a "Broadcast Hours" when text messages send and not send normally sending between 9 am and 9:30 pm.; between noon and 9:30 pm on Sundays. Scheduled texts will not send outside of these hours.

Occasionally recipients do reply to the text message, and I can see the reply by logging in to the system. If they reply Stop, then their number is automatically flagged "do not call". If they respond with anything other than "Stop", I either ignore them, reply if it is something simple like where to vote, or flag them as "do not call" if they send something back that is ugly, confrontational, or some form of "stop" or "do not text me again". I do not engage a recipient seeking to engage.

Mr. Shields initially replied to the text with "who is this" at 8:21 pm, then 38 minutes later at 8:59 pm replied, "Hello any human being there?", then at 9:24 pm replied, "Do not robotext me again!" (See Enclosure 1) By the last reply, he was flagged as a "possible opt out." I then marked his record as "Do Not Call".

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed on June 28, 2026, Galveston, Texas

Sandra J. Tetley
Galveston
409-789-7848

Sandra J. Tetley

Signature of Declarant

Exhibit A: Screenshot of responses to text messages on April 27, 2026.

EXHIBIT A

< **(281) 704-8697**

Pol. Ad Pd. by Shawna Talton and
Randy Hale.
Stop to end

4/27/2026, 8:21 PM

Who is this

⚠ *Potential opt-out*

4/27/2026, 8:59 PM

Hello any human being there?

4/27/2026, 9:24 PM

Do not robotext me again!

0 of 1024

Do not robotext me again!

5/1/2026, 9:52 AM




Vote Shawna Talton! Vote Randy Hale!
HARRIS COUNTY Make Your

< (281) 704-8697

VOTING LOCATIONS:
Village on the Park
400 E Parkwood Ave

First Baptist Church
209 South Friendswood Dr.

Take Friendswood Back!! Vote Hale and Talton!!

Pol. Ad Pd for by Shawna Talton and Randy Hale.
Stop to end

Attempt to send to unsubscribed recipient ⚠

**EXHIBIT "B"**

AFFIDAVIT OF FACT

EMAIL EXCHANGE WITH PROJECT BROADCAST

The attached email exchange was with Project Broadcast. They are the company whose program Sandra Jones Tetley (Affidavit attached as Exhibit "A") used to send messages to the voter list.

Please note that the Project Broadcast representative made it very clear that they DO NOT utilize a random number generator or a sequential number generator in their service.

This exchange was my, Randal Luther Hale's, only communication with Project Broadcast and I did not have any other person communicate with them about this lawsuit or subject prior to or since this email exchange took place.

The emails include the dates and time sent.

I make this statement under penalty of perjury if found not true.

Signed this 1st day of July, 2026.

[signature]

Randal Luther Hale

**EMAIL EXCHANGE:**

Re: Question about your dialing system

Inbox

Inbox

Message. For JAWS, turn virtual PC Cursor on if needed.

Projectbroadcast Support

To: me

· Mon, Jun 29 at 3:30 PM

Message Body

Hi Randy,

Thank you for following up and for the clarification on your question.

To directly address what you're asking: Project Broadcast does not use a random number generator or a sequential number generator/dialer to send text messages to any phone numbers.

Our platform operates as a contact-based messaging system where users send messages exclusively to contacts they have uploaded or added themselves — the system never auto-generates or auto-dials phone numbers.

Please don't hesitate to reach out if you need anything further.

--

Wasif Mostofa

support@projectbroadcast.com

Don't forget to join our Facebook group here to stay up to date on all things Project Broadcast!

How would you rate my reply?

Great Okay Not Good

{#HS:3369818373-131121#}

On Mon, Jun 29, 2026 at 10:44 AM CDT, Randy Hale <randyhale56@yahoo.com> wrote:

Thank you for the prompt reply.

To be clear, since our volunteer used their own list to text to, the source of numbers that you provide was not the question.

I am asking if the system / program that you use ever for any customer uses a random number generator or a sequential number generator.

I believe your answer confirms that your company's system does not use either a random or sequential number generator, but a simple confirmation of that fact would be great.

Again, thanks in advance for your prompt attention!

Randy Hale

On Mon, Jun 29, 2026 at 10:29 AM CDT, Project Broadcast Support <support@projectbroadcast.com> wrote:

Hi Randy,

No Project Broadcast does not use a random number generator. All of our numbers are from Twilio.

--

Evan Mahathirath

support@projectbroadcast.com

Don't forget to join our Facebook group here to stay up to date on all things Project Broadcast!

On Sun, Jun 28, 2026 at 8:54 AM CDT, Randy Hale <randyhale56@yahoo.com> wrote:

Hello Project Broadcast,

I am a newly elected city councilperson in Friendswood, TX. I am being sued by an individual who appears to be making a cottage industry out of suing people / businesses for sending him text messages.

Not your problem or issue, but I need what I think is a simple question answered by you folks.

That question is, "Does your text messaging program / system utilize a random number generator or a sequential number generator / dialer to send text messages to cell phones or any telephone number?"

Please forward your reply ASAP as I am up against a deadline to respond to this lawsuit. I need it by noon Tuesday June 30, 2026 if at all possible.

A simple reply to this email will work for my purposes.

Thank you in advance for your prompt attention to this matter.

Please feel free to call my cell if you have any questions - 832-746-6844.

Randy Hale

832-746-6844